IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STEVE RAY MENEFEE | § | |
| V. | § | CIVIL ACTION NO. 6:07CV328 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that applications for the writ of habeas corpus styled *Menefee v. Director, TDCJ-CID*, Civil Action No. 6:07cv314, and *Menefee v. Director, TDCJ-CID*, Civil Action No. 6:07cv328, are hereby consolidated for all purposes into one petition, under the cause number of 6:07cv314. It is further

**ORDERED** that only one filing fee shall be charged to the Petitioner for this consolidated petition.

**So ORDERED and SIGNED this 11th day of October, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**